IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Teresa J. Lee, ) | |
| ) | Civil Action No. 3:13-1773-JFA |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **CONSENT ORDER OF DISMISSAL** |
| Waffle House, Inc., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter comes before the Court to approve the dismissal of this action with prejudice. The Court is informed that this action has been resolved by agreement of the parties. Therefore, the parties consent to a dismissal of this action with prejudice.

IT IS, THEREFORE, ORDERED that this action is hereby dismissed with prejudice and forever ended.

IT IS SO ORDERED.

August 29, 2014                             Joseph F. Anderson, Jr.
Columbia, South Carolina                    United States District Judge


WE SO MOVE AND CONSENT:                    I CONSENT:


   *s/ Andrew F. Lindemann*                    *s/ Jonathan R. Hendrix*
ANDREW F. LINDEMANN  #5070                 JONATHAN R. HENDRIX   #1823
                                           DAVID K. ALLEN        #11142
*Counsel for Defendant*                    *Counsel for Plaintiff*